UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 13-4020 SI (pr) |
| CESAR ALCANTAR, | **JUDGMENT** |
|       Petitioner. | |

This action for a writ of habeas corpus is dismissed without prejudice to petitioner filing a civil rights action.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 16, 2014

                                                  SUSAN ILLSTON
                                       United States District Judge